# Court of Appeals
# of the State of Georgia

ATLANTA,__November 21, 2014__

*The Court of Appeals hereby passes the following order:*

## A15A0556.  SACCOCCIA & TALLMAN, LLC v. NORFOLK SOUTHERN CORPORATION et al.

Law firm Saccoccia & Tallman, LLC ("the Appellant") filed a motion to foreclose an attorney fee lien.  The trial court entered a final order on July 18, 2013, denying the motion.  The Appellant filed a motion for reconsideration, which the trial court denied on May 1, 2014.  The Appellants filed this appeal on May 30, 2014.

The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  Thus, the Appellant's failure to file a notice of appeal within 30 days of the trial court's July 18, 2013 order renders this appeal untimely, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____11/21/2014____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*